# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM M. BAKER

NO. 2025 KW 1068

**DECEMBER 11, 2025**

---

In Re:     William M. Baker, applying for supervisory writs, 21st
           Judicial District Court, Parish of St. Helena, No.
           24800.

---

**BEFORE:     THERIOT, PENZATO, AND BALFOUR, JJ.**

    **WRIT DENIED AS MOOT.** The record of the Office of the Clerk of Court of St. Helena Parish shows that on December 5, 2025, relator entered a guilty plea in this case and was sentenced to the Department of Public Safety and Corrections. The record further shows that all outstanding pretrial motions were withdrawn. Thus, relator's request for mandamus relief regarding the motion to quash is moot.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT